**COMBUSTION ENGINEERING COMPANY, Inc., Petitioner, v. NATIONAL LABOR RELATIONS BOARD, Respondent.**

No. 7983.

Circuit Court of Appeals, Sixth Circuit.

March 18, 1938.

Sizer, Chambliss & Kefauver, of Chattanooga, Tenn., for petitioner.

Charles Fahy, of Washington, D. C., for respondent.

Before HICKS and SIMONS, Circuit Judges, and NEVIN, District Judge.

PER CURIAM.

The respondent having appeared specially and objected to the jurisdiction of the court to entertain the petition filed by petitioner on March 17, 1938, and the court being of opinion that the objection is well taken, it is ordered and adjudged that the petition be, and the same is, dismissed.

**COMMISSIONER OF INTERNAL REVENUE, Petitioner, v. John Stuart COONLEY, Jr., Executor of the Estate of Clara J. Rehm, Deceased, Respondent.**

No. 6442.

Circuit Court of Appeals, Seventh Circuit.

Dec. 22, 1937.

James W. Morris, Department of Justice, of Washington, D. C., for petitioner.

Albert L. Hopkins, Jay C. Halls, and Peter L. Wentz, all of Chicago, Ill., for respondent.

Before EVANS and MAJOR, Circuit Judges.

PER CURIAM.

On motion of counsel for petitioner, it is now here ordered and adjudged by this court that the petition of the Commissioner of Internal Revenue for a review of the decision of the United States Board of Tax Appeals, entered therein on June 30, 1937, be, and the same is hereby, dismissed.

**COMMISSIONER OF INTERNAL REVENUE, Petitioner, v. Louis A. FERGUSON, Respondent.**

No. 6067.

Circuit Court of Appeals, Seventh Circuit.

Feb. 15, 1938.

James W. Morris, Department of Justice, of Washington, D. C., for petitioner.

John E. Wing, of Chicago, Ill., for respondent.

Before EVANS and SPARKS, Circuit Judges.

PER CURIAM.

On motion of counsel for petitioner, counsel for respondent consenting thereto, it is now here ordered and adjudged by this court that the petition of the Commissioner of Internal Revenue for a review of the decision, entered on May 14, 1936, in the United States Board of Tax Appeals, be, and the same is hereby, dismissed.